| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Velocity Express Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all):<br>**76-0424426** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**One Morningside Drive North**<br>**Building B**<br>**Westport, CT 06880**   ZIP CODE **06880-0000** | Street Address of Joint Debtor (No. & Street, City, and State):   ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Fairfield** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Velocity Express Corporation** | |
|---|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **SEE ATTACHED LIST** | Case Number: | Date Filed: |
| District: **Delaware** | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☒ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box)*

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))..

**B1 (Official Form 1) (1/08)**                                                                                                                                     Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Velocity Express Corporation** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 | (Check only one box ) |
| | ☐ I request relief in accordance with chapter 15 of title 11, United States Code Certified copies of the documents required by 11 U S C § 1515 are attached. |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b) | |
| | ☐ Pursuant to 11 U S C § 1511, I request relief in accordance with the chapter of title 11 specified in this petition  A certified copy of the order granting recognition of the foreign main proceeding is attached |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | |
| X _____ | X _____ |
| Signature of Debtor | Signature of Foreign Representative |
| X _____ | |
| Signature of Joint Debtor | Printed Name of Foreign Representative |
| Telephone Number (If not represented by attorney) | Date _____ |
| Date _____ | |

| **Signature of Attorney** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X _[signature]_ | |
| Signature of Attorney for Debtor(s) | I declare under penalty of perjury that:  1) I am a bankruptcy petition preparer as defined in 11 U S C § 110, 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U S C §§ 110(b), 110(h), and 342(b), and, 3) if rules or guidelines have been promulgated pursuant to 11 U S C § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section  Official form 19 is attached |
| **Russell C. Silbergiied (3462)** | |
| Printed Name of Attorney for Debtor(s) | |
| **Richards, Layton & Finger, P.A.** | |
| Firm Name | |
| **One Rodney Square** | |
| **920 North King Street** | |
| **Wilmington, DE 19801** | |
| Address | |
| **302-651-7545 Fax;302-498-7545** | Printed Name and title, if any, of Bankruptcy Petition Preparer |
| Telephone Number | |
| **September 24, 2009** | Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer )(Required by 11 U S C § 110 ) |
| Date | |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | |
| | Address |

| **Signature of Debtor (Corporation/Partnership)** | X _____ |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | Date |
| The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | |
| X _[signature]_ | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above |
| Signature of Authorized Individual | |
| **Vincent A. Wasik** | |
| Printed Name of Authorized Individual | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual |
| **Chief Executive Officer** | |
| Title of Authorized Individual | |
| **September 24, 2009** | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person |
| Date | |
| | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110, 18 U.S.C. § 156.* |

## List of Affiliated Debtors

| | |
|---|---|
| Velocity Express Corporation | 87-0355929 |
| CD&L, Inc. | 22-3350958 |
| Clayton/National Courier Systems, Inc. | 36-4046454 |
| Click Messenger Service, Inc. | 22-3406117 |
| Olympic Courier Systems, Inc. | 13-3853847 |
| Securities Courier Corporation | 22-3400185 |
| Silver Star Express, Inc. | 65-0618303 |
| U-Ship International, Ltd. | 39-1713181 |
| Velocity Express Leasing, Inc. | 76-0486733 |
| Velocity Express, Inc. | 76-0424426 |
| Velocity Systems Franchising Corporation | 38-1889687 |
| VXP Leasing Mid-West, Inc. | 76-0660846 |
| VXP Mid-West, Inc. | 76-0660845 |

# United States Bankruptcy Court
## District of Delaware

In re    **Velocity Express Corporation**               Case No. _____
                                      Debtor

Chapter _____ **11** _____

## Exhibit "A" to Voluntary Petition

1.  If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   **0-28452**  .

2.  The following financial data is the latest available information and refers to debtor's condition on   **9-1-2009**  .

    a. Total assets                            $     **94,112,000.00**

    b. Total debts (including debts listed in 2.c.,below)    $     **120,592,881.00**

| | | | | Approximate number of holders |
|---|---|---|---|---|
| c. Debt securities held by more than 500 holders. | | | | |
| secured / / | unsecured / / | subordinated / / | $   0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $   0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $   0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $   0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $   0.00 | 0 |

     d. Number of shares of preferred stock            **12,951,983**         **100**

     e. Number of shares of common stock             **4,549,955**         **117**

     Comments, if any:
     **299,515,270 preferred stock authorized, 12,951,983 preferred shares, 5,545,000 common equivalent shares issues and outstanding in Series M, N, O, P**

     **700,000,000 common stock authorized, 4,549,955 issued and outstanding shares.**

3.  Brief description of debtor's business:
    **National provider of time definite ground package delivery services.**

4.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
    **See Attached "Beneficial Holders Over 5% Chart"**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

# 5%+ Beneficial Holders

Common Shares Outstanding 9/1/09: 4,549,955
Common Equivalent Shares 9/1/09: 12,570,623

| | Common | M | N | O | P | Q | Unit Warrants | Other Warrants | Options | Total Shares | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | **Beneficial Ownership** | |
| TH Lee Putnam Parallel Ventures LP | 278,258 | 28,163 | - | - | - | 402,806 | 52,318 | - | - | 841,544 | 16.5% |
| TH Lee Putnam Ventures LP | 379,314 | 38,499 | - | - | - | 660,003 | 71,522 | 12,903 | - | 1,162,242 | 21.6% |
| Thomas H. Lee | 8,857 | 872 | - | - | - | 14,955 | 1,620 | - | - | 26,305 | 0.6% |
| TH Lee Putnam Fund Advisors LP | - | - | - | - | - | - | 59,199 | - | - | 59,199 | 1.3% |
| THLi Co Investment Partners LLC | 22,902 | 2,254 | - | - | - | 38,648 | 4,188 | - | - | 67,992 | 1.5% |
| TH Lee Putnam Ventures | 689,331 | 69,788 | - | - | - | 1,196,412 | 188,847 | 12,903 | - | 2,157,282 | 35.8% |
| | | | | | | | | | | | |
| Comvest | - | - | - | - | - | 2,083,945 | - | - | - | 2,083,945 | 31.4% |
| | | | | | | | | | | | |
| Longview Fund, LP | - | - | - | - | 364,929 | - | - | 31,936 | - | 396,865 | 8.0% |
| Longview International Equity Fund, LP | - | - | - | - | 50,181 | - | - | 2,635 | - | 52,816 | 1.1% |
| Longview Equity Fund, LP | - | - | - | - | 96,964 | - | - | 5,349 | - | 102,314 | 2.2% |
| Longview Total | - | - | - | - | 512,075 | - | - | 39,920 | - | 551,995 | 11.4% |
| | | | | | | | | | | | |
| Scorpion Acquisition, LLC | - | 26,677 | - | - | - | 18,960 | - | - | - | 45,637 | 1.0% |
| Scorpion Capital Partners, L.P. | - | 284,164 | 41,746 | - | - | 284,394 | - | - | - | 610,304 | 11.8% |
| Scorpion Total | - | 310,841 | 41,746 | - | - | 303,353 | - | - | - | 655,940 | 12.8% |
| | | | | | | | | | | | |
| Linden Capital, L.P. | - | - | - | - | - | 549,923 | - | - | - | 549,923 | 10.8% |
| | | | | | | | | | | | |
| Charter Oaks Partners | - | - | 92,312 | - | - | 348,658 | - | - | - | 440,970 | 8.8% |
| Charter Oaks Partners II, L.P. | - | - | 15,028 | - | - | 57,506 | - | - | - | 72,533 | 1.6% |
| Charter Oaks Total | - | - | 107,340 | - | - | 406,163 | - | - | - | 513,503 | 10.1% |
| | | | | | | | | | | | |
| Pequot Diversified Master Fund, Ltd. | - | - | - | - | - | (0) | - | - | - | (0) | 0.0% |
| Pequot Mariner Master Fund, L.P. | - | 66,443 | - | - | - | 116,469 | - | - | - | 182,912 | 3.9% |
| Pequot Navigator Offshore Fund, Inc. | - | 48,903 | - | - | - | 50,018 | - | - | - | 98,921 | 2.1% |
| Pequot Scout Fund, L.P. | - | 21,846 | - | - | - | 146,885 | - | - | - | 168,731 | 3.6% |
| Manatuck Hill Total (Formerly Pequot) | - | 137,192 | - | - | - | 313,371 | - | - | - | 450,564 | 9.6% |
| | | | | | | | | | | | |
| Third Point Offshore Fund Ltd. | - | - | - | - | - | 337,323 | - | - | - | 337,323 | 6.9% |
| Third Point Partners, L.P. | - | - | - | - | - | 58,736 | - | - | - | 58,736 | 1.3% |
| Third Point Partners Qualified | - | - | - | - | - | 38,558 | - | - | - | 38,558 | 0.8% |
| Third Point Ultra Ltd. | - | - | - | - | - | 39,372 | - | - | - | 39,372 | 0.9% |
| Third Point Total | - | - | - | - | - | 473,989 | - | - | - | 473,989 | 9.9% |
| | | | | | | | | | | | |
| Selz Family Trust | - | - | - | - | - | 189,785 | - | - | - | 189,785 | 4.0% |
| Bernard Selz | - | - | - | - | - | 189,785 | - | - | - | 189,785 | 4.0% |
| Selz Total | - | - | - | - | - | 379,571 | - | - | - | 379,571 | 8.0% |

# UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS OF
## VELOCITY EXPRESS CORPORATION
## IN LIEU OF A SPECIAL MEETING

Dated as of September 23, 2009

The undersigned, being all of the members of the board of directors (the "Board of Directors") of Velocity Express Corporation, a Delaware corporation (the "Company"), do hereby waive all notice of the time, place and purpose of a meeting and consent to, approve and adopt the following resolutions by unanimous written consent in lieu of a meeting:

**WHEREAS**, Velocity Express, Inc. ("VEI"), Velocity Express Corporation ("VEC"), and Velocity Express Leasing, Inc., each a Delaware corporation ("VELI", and together with VEC and VEI are referred to hereinafter each individually as a "Borrower", and individually and collectively, jointly and severally, as the "Borrowers") desire to enter into an amendment of a certain Loan and Security Agreement (the "Loan and Security Agreement"), with VXP Mid-West, Inc., a Delaware corporation ("VXPM"), VXP Leasing Mid-West, Inc., a Delaware corporation ("VXPL"), CD&L, Inc., a Delaware corporation ("CDL"), Clayton/National Courier Systems, Inc., a Missouri corporation ("CNCS"), Click Messenger Service, Inc., a New Jersey corporation ("CMS"), Olympic Courier Systems, Inc., a New York corporation ("OCS"), Securities Courier Corporation, a New York corporation ("SCC"), Silver Star Express, Inc., a Florida corporation ("SSE"), Velocity Systems Franchising Corporation, a Michigan corporation ("VSFC") and U-Ship International, Ltd., a Wisconsin corporation ("USI"; and together with VXPM, VXPL, CDL, CNCS, CMS, OCS, SCC, SSE and VSFC, each a "Guarantor" and collectively, the "Guarantors"), the lenders which are now or which thereafter become a party thereto (each a "Lender" and collectively, the "Lenders") and Burdale Capital Finance, Inc., a Delaware corporation ("Burdale"), as administrative agent for Lenders (Burdale, in such capacity, the "Agent") providing for the Lenders to advance, subject to the terms and conditions thereof, revolving loans of up to $14,000,000 ;

**WHEREAS**, the Board of Directors believe it to be in the best interest of the Company to execute and deliver the amendment to the Loan and Security Agreement, the amended Note, and all other agreements, certificates, documents or other instruments to which the Company, as contemplated by the amendment to the Loan and Security Agreement, (collectively, the "Transaction Documents").

## NOW, THEREFORE, BE IT

**RESOLVED**, that the resolutions annexed hereto as Exhibit A and Exhibit B, previously adopted by the Board at meetings held on September 16 and 17, respectively, are hereby ratified and approved; and

**RESOLVED**, that the resolution annexed hereto as <u>Exhibit C</u> are hereby approved.

IN WITNESS WHEREOF, the undersigned, each being a member of the Board of Directors of the Company, has executed this Unanimous Written Consent as of the date first above written:

_____
Vincent A. Wasik, Chairman

_____
Richard A. Kassar

_____
Alexander Paluch

_____
Leslie E. Grodd

_____
John J. Perkins

IN WITNESS WHEREOF, the undersigned, each being a member of the Board of Directors of the Company, has executed this Unanimous Written Consent as of the date first above written:

_____
Vincent A. Wasik, Chairman

_____
Richard A. Kassar

_____
Alexander Paluch

_____
Leslie E. Grodd

_____
John J. Perkins

Borrowers Unanimous Written Consent

IN WITNESS WHEREOF, the undersigned, each being a member of the Board of Directors of the Company, has executed this Unanimous Written Consent as of the date first above written:

_____
Vincent A. Wasik, Chairman

_____
Richard A. Kassar

_____
Alexander Paluch

_____
Leslie E. Grodd

_____
John J. Perkins

IN WITNESS WHEREOF, the undersigned, each being a member of the Board of Directors of the Company, has executed this Unanimous Written Consent as of the date first above written:

Vincent A. Wasik, Chairman

Richard A. Kassar

Alexander Paluch

Leslie E. Grodd

John J. Perkins

IN **WITNESS WHEREOF**, the undersigned, each being a member of the Board of Directors of the Company, has executed this Unanimous Written Consent as of the date first above written:

_____
Vincent A. Wasik, Chairman


_____
Richard A. Kassar


_____
Alexander Paluch


_____
Leslie E. Grodd


_____
John J. Perkins


Borrowers Unanimous Written Consent

**Exhibit A**

# RESOLUTION OF BOARD OF DIRECTORS OF
# VELOCITY EXPRESS CORPORATION

The undersigned, being the Vice President and Secretary of Velocity Express Corporation., a Delaware corporation (the "Company"), does hereby certify that at a meeting of the Board of Directors held on the 16th day of September, 2009, the following Resolution was proposed and adopted by a majority vote of all directors present:

WHEREAS, the Board has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, and the market for the Company's products and services;

WHEREAS, the Board has received, reviewed and considered the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Chapter 11 of title 11 of the United States Code;

NOW, THEREFORE, IT IS:

RESOLVED that, in the judgment of the Board, it is desirable and in the best interests of the Company, and its creditors, stockholders and other interested parties, that a voluntary petition be filed by the Company and certain subsidiaries under the provisions of Chapter 11 of Title 11 of the United States Code;

RESOLVED FURTHER that Vincent Wasik, Chief Executive Officer, Edward W. Stone, Chief Financial Officer, Mark Carlesimo, Director, Executive Vice President, General Counsel and Secretary of the Company, and/or such other officer as the Chief Executive Officer directs (each, an "Officer" and collectively, the "Officers") be, and they each hereby are, authorized and directed to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief;

RESOLVED FURTHER that the law firm of Lowenstein Sandler PC be employed as general bankruptcy counsel to the Company to represent and assist the Company in carrying out the Company's duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including, the preparation of pleadings and filings in the Chapter 11 proceeding, and in connection therewith, the Officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain services of Lowenstein Sandler PC;

RESOLVED FURTHER that the law firm of Richards, Layton & Finger, P.A. be employed as Delaware bankruptcy counsel to the Company to represent and assist the Company in carrying out the Company's duties under Title 11 of the United States Code, and to take any

and all actions to advance the Company's rights, including, the preparation of pleadings and filings in the Chapter 11 proceeding, and in connection therewith, the Officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain services of Richards, Layton & Finger, P.A.;

RESOLVED FURTHER, that the Officers of the Company be, and they hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out the Company's duties under Title 11 of the United States Code, and in connection therewith, the Officers of the Company are hereby authorized and directed to execute appropriate retention agreements, and to cause to be filed an appropriate application for authority to retain the services of such firms;

RESOLVED FURTHER, that the Officers of the Company be, and they hereby are, authorized and empowered to obtain post-petition financing according to terms negotiated, or to be negotiated, by management of the Company, including under debtor in possession credit facilities or relating to the use of cash collateral; and to enter into any guarantees and to pledge and grant liens on the Company's assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements with Burdale Capital Finance, Inc. or Comvest Velocity Acquisition I, LLC or any of their affiliates; and in connection therewith, the Officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

RESOLVED FURTHER, that the Officers of the Company be, and they hereby are, authorized and empowered to take or cause to be taken any and all actions, execute and file any and all documentation or pleadings, including but not limited to pleadings seeking court approval to sell all, substantially all, or specific assets of the Company and each of its United States subsidiaries pursuant to the applicable provisions of the Bankruptcy Code to Comvest Velocity Acquisition I, LLC or any of its affiliates, as further appropriate in furtherance of a plan of reorganization;

RESOLVED FURTHER, that as shareholder of each of its subsidiary corporations, the Company hereby approves of and authorizes the officers and directors of its subsidiaries to take, and they hereby are, authorized and empowered to take or cause to be taken any and all actions, execute and file any and all documentation or pleadings, including but not limited to pleadings seeking court approval to sell all, substantially all, or specific assets of each of the United States subsidiaries pursuant to the applicable provisions of the Bankruptcy Code to Comvest Velocity Acquisition I, LLC or any of its affiliates, as further appropriate in furtherance of a plan of reorganization;

RESOLVED FURTHER, that the Officers of the Company be, and they hereby are, authorized and empowered for, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

RESOLVED FURTHER, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and members of the Board of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified;

RESOLVED FURTHER that the foregoing powers and authorizations shall continue in full force and effect until revoked in writing by the Board;

RESOLVED FURTHER that this certification may be executed by facsimile, telecopy or other reproduction, and such execution shall be considered valid, binding and effective for all purposes.

In certification of this Resolution of the Board, I do set my hand and seal this 16 day of September, 2009.

Mark Carlesimo
Executive Vice President, General Counsel and Secretary

**Exhibit B**

# RESOLUTION OF BOARD OF DIRECTORS OF
## VELOCITY EXPRESS CORPORATION

The undersigned, being the Vice President and Secretary of Velocity Express Corporation., a Delaware corporation (the "Company"), does hereby certify that at a meeting of the Board of Directors held on the 17th day of September, 2009, the following Resolution was proposed and adopted by a majority vote of all directors present:

WHEREAS, the Board has reviewed and considered a draft Asset Purchase Agreement (the "Agreement") draft dated September 16, 2009 between the Company and each of its principal United States subsidiaries, as Sellers and Comvest Velocity Acquisition I. LLC as Purchaser;

NOW, THEREFORE, IT IS:

RESOLVED that, in the judgment of the Board, it is desirable and in the best interests of the Company, and its creditors, stockholders and other interested parties, that the Agreement be approved, with such changes as its Officers deem necessary or desirable;

RESOLVED FURTHER that Vincent Wasik, Chief Executive Officer, Edward W. Stone, Chief Financial Officer, Mark Carlesimo, Vice President, General Counsel and Secretary of the Company, and/or such other officer as the Chief Executive Officer directs (each, an "Officer" and collectively, the "Officers") be, and they each hereby are, authorized and directed to execute the Agreement and any ancillary documents on behalf of the Company, and to take any and all action that they deem necessary or proper in connection therewith;

RESOLVED FURTHER, that the Officers of the Company be, and they hereby are, authorized and empowered to take or cause to be taken any and all actions, execute and file any and all documentation or pleadings, including but not limited to pleadings seeking court approval to sell all, substantially all, or specific assets of the Company pursuant to the Agreement and the applicable provisions of the Bankruptcy Code to Comvest Velocity Acquisition I, LLC or any of its affiliates,

RESOLVED FURTHER, that the Officers of the Company be, and they hereby are, authorized and empowered for, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

RESOLVED FURTHER, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and members of the Board of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified;

In certification of this Resolution of the Board, I do set my hand and seal this 17 day of September, 2009.

Mark Carlesimo
Executive Vice President, General Counsel
and Secretary

**Exhibit C**

Borrowers Unanimous Written Consent

# RESOLUTION OF BOARD OF DIRECTORS OF
# VELOCITY EXPRESS CORPORATION

The undersigned, being the Vice President and Secretary of Velocity Express Corporation., a Delaware corporation (the "Company"), does hereby certify that at a meeting of the Board of Directors held on the _23 ᴺᵉ_ day of September, 2009, the following Resolution was proposed and adopted by unanimous consent of the directors:

WHEREAS, the Board has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, and the market for the Company's products and services;

WHEREAS, the Board has received, reviewed and considered a term sheet for financing its operations during bankruptcy proceeding under the provisions of Chapter 11 of title 11 of the United States Code;

NOW, THEREFORE, IT IS:

RESOLVED that, the Board reaffirms that it is desirable and in the best interests of the Company, and its creditors, stockholders and other interested parties, that a voluntary petition be filed by the Company and certain subsidiaries under the provisions of Chapter 11 of Title 11 of the United States Code;

RESOLVED FURTHER that Vincent Wasik, Chief Executive Officer, Edward W. Stone, Chief Financial Officer, Mark Carlesimo, Executive Vice President, General Counsel and Secretary of the Company, and/or such other officer as the Chief Executive Officer directs (each, an "Officer" and collectively, the "Officers") be, and they each hereby are, authorized and directed to execute and file on behalf of the Company and each of its United States subsidiaries all petitions, schedules, lists and other papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief;

RESOLVED FURTHER, that the Officers of the Company be, and they hereby are, authorized and empowered to obtain post-petition financing according to terms negotiated, or to be negotiated, by management of the Company, including under debtor in possession credit facilities with Burdale Capital Finance, Inc. on the terms set forth in the Term Sheet annexed hereto as Exhibit A, and in connection therewith, the Officers of the Company are hereby authorized and directed to execute appropriate loan agreements, notes, security agreements and related ancillary documents;

RESOLVED FURTHER, that the Officers of the Company be, and they hereby are, authorized and empowered to take or cause to be taken any and all actions, execute and file any and all documentation or pleadings, including but not limited to pleadings seeking court approval to enter into such financing with Burdale Capital Finance, Inc. pursuant to the applicable provisions of the Bankruptcy Code;

In certification of this Resolution of the Board, I do set my hand and seal this ___ day of September, 2009.

Mark Carlesimo
Executive Vice President, General Counsel
and Secretary

# United States Bankruptcy Court
## District of Delaware

In re   VELOCITY EXPRESS CORPORATION., *et al.*

                                                    Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS (CONSOLIDATED)

Following is the list of the debtors' creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. If a minor child is one of the creditors holding the 30 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| St. Paul Fire & Marine Insurance c/o Bank of America 91287 Collections Center Drive Chicago, IL 60693-1287 | St. Paul Fire & Marine Insurance c/o Bank of America 91287 Collections Center Drive Chicago, IL 60693-1287 Attn: Sal Marino 860-277-6701 | Trade Debt | | $1,799,633 |
| California Employment Development Department PO Box 826203 MIC92, SFACO798 Sacramento, CA 94230 | California Employment Development Department 745 Franklin Street, #400 San Francisco, CA 94142-6879 415-929-5736 | Settlement | | $744,528 |
| Cop - Western, LLC c/o Essex Realty Management, Inc. 18012 Sky Park Circle, Suite 200 Irvine, CA 92614 | Cop - Western, LLC c/o Essex Realty Management, Inc. 18012 Sky Park Circle, Suite 200 Irvine, CA 92614 Attn: Jennifer Tien 949-553-5163 | Rent | | $860,000 |
| Littler Mendelson, PC PO Box 45547 San Francisco, CA 94145 Attn: Robert Hulteng, Esq. | Littler Mendelson, PC PO Box 45547 San Francisco, CA 94145 Attn: Robert Hulteng, Esq. 800-264-1031 | Legal Fees | | $874,177 |
| Bank of America 901 W. Trade Street Charlotte, NC 28255 Attn: Louis Hotchkins | Bank of America 901 W. Trade Street Charlotte, NC 28255 Attn: Louis Hotchkins 704-388-5279 | | | $788,634 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Houlihan Lokey Howard & Zukin Capital Inc.<br>1930 Century Park West<br>Los Angeles, CA 90067-6802<br>Attn: Sue Leo | Houlihan Lokey Howard & Zukin Capital Inc.<br>1930 Century Park West<br>Los Angeles, CA 90067-6802<br>Attn: Sue Leo<br>212-497-4145 | Trade Debt | | $645,345 |
| City Express Courier Services<br>6931 Arlington Road<br>Bethesda, MD 20814 | City Express Courier Services<br>6931 Arlington Road<br>Bethesda, MD 20814<br>Attn: Mike Davidson<br>410-880-4300 | Trade Debt | | $450,000 |
| Irish Twin Cities LLC<br>c/o Irish Realty Corporation<br>120 North Robinson, Suite 2100<br>Oklahoma City, OK 73102 | Irish Twin Cities LLC<br>c/o Irish Realty Corporation<br>120 North Robinson, Suite 2100<br>Oklahoma City, OK 73102<br>Attn: Kelli<br>405-232-2100 | Rent | | $450,000 |
| Budd Larner Gross Rosenbaum Greenberg<br>150 John F Kennedy Parkway<br>CN 1000<br>Short Hills, NJ 07078<br>Attn: Michael Rosenbaum, Esq. | Budd Larner Gross Rosenbaum Greenberg<br>150 John F Kennedy Parkway<br>CN 1000<br>Short Hills, NJ 07078<br>Attn: Michael Rosenbaum, Esq.<br>973-315-4403 | Legal Fees | | $431,461 |
| Scura Rise<br>1211 Avenue of the Americas<br>27th Floor<br>New York, NY 10036<br>Attn: Paul Scura | Scura Rise<br>1211 Avenue of the Americas<br>27th Floor<br>New York, NY 10036<br>Attn: Paul Scura<br>212-596-3380 | Professional Fees | | $400,000 |
| Jasinski and Williams PC<br>Ten Park Place, 8th Floor<br>Newark, NJ 07102<br>Attn: David Jasinski | Jasinski and Williams PC<br>Ten Park Place, 8th Floor<br>Newark, NJ 07102<br>Attn: David Jasinski<br>973-824-9700 | Legal Fees | | $390,007 |
| King & Spalding<br>PO Box 116133<br>Atlanta, GA 30368-6133 | King & Spalding<br>PO Box 116133<br>Atlanta, GA 30368-6133<br>404-572-4600 | Legal Fees | | $372,003 |
| Arthur J. Gallagher & Co.<br>39681 Treasury Center<br>Chicago, IL 60694-9600<br>Attn: Larry Pfeiffer | Arthur J. Gallagher & Co.<br>39681 Treasury Center<br>Chicago, IL 60694-9600<br>Attn: Larry Pfeiffer<br>816-329-0802 | Trade Debt | | $364,528 |
| Bush Truck Leasing<br>11500 Northlake Drive, Suite 450<br>Cincinnati, OH 45249<br>Attn: Michael Bush | Bush Truck Leasing<br>11500 Northlake Drive, Suite 450<br>Cincinnati, OH 45249<br>Attn: Michael Bush<br>800-766-2874 | Lease | | $363,817 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Morton West LLC c/o Newmark Knight Frank 125 Park Avenue New York, NY 10017 Attn: Alphie Toro | Morton West LLC c/o Newmark Knight Frank 125 Park Avenue New York, NY 10017 Attn: Alphie Toro 212-372-2183 | Rent | | $310,000 |
| Sunbeam Development Corporation 1401 79th Street Causeway Miami, FL 33141 Attn: Maridee Bell | Sunbeam Development Corporation 1401 79th Street Causeway Miami, FL 33141 Attn: Maridee Bell 954-450-7900 | Rent | | $269,823 |
| American Expediting 1667-L Knecht Avenue Arbutus, MD 21227 Attn: Vic Finnegan | American Expediting 1667-L Knecht Avenue Arbutus, MD 21227 Attn: Vic Finnegan 215-751-1199 | Trade Debt | | $248,000 |
| Jones Day 222 East 41st Street New York, NY 10017-6702 Attn: Alex Gendzier, Esq. | Jones Day 222 East 41st Street New York, NY 10017-6702 Attn: Alex Gendzier, Esq. 212-326-7821 | Legal Fees | | $244,796 |
| UHY LLP 555 Long Wharf Drive New Haven, CT 06511 Attn: Steve Jackson | UHY LLP 555 Long Wharf Drive New Haven, CT 06511 Attn: Steve Jackson 203-860-549-8517 | Trade Debt | | $231,105 |
| Yarico Inc. 3730 Kirby Drive, Suite 901 Houston, TX 77098 Attn: Wendy Wilkins | Yarico Inc. 3730 Kirby Drive, Suite 901 Houston, TX 77098 Attn: Wendy Wilkins 713-529-1122 | Trade Debt | | $225,047 |
| Data Sales Co., Inc. 3450 W. Burnsville Parkway Burnsville, MN 55337-4203 Attn: Dan Gannon | Data Sales Co., Inc. 3450 W. Burnsville Parkway Burnsville, MN 55337-4203 Attn: Dan Gannon 952-895-3349 | Lease | | $211,470 |
| Arthur J. Gallagher Co. of NJ Inc. 35 Waterview Blvd. Parsippany, NJ 07054 Attn: Gayle Czeizler | Arthur J. Gallagher Co. of NJ Inc. 35 Waterview Blvd. Parsippany, NJ 07054 Attn: Gayle Czeizler 973-939-3600 | Insurance | | $209,412 |
| First Insurance Funding Corp. 450 Skokie Blvd., Suite 1000 Northbrook, IL 60065-3306 Attn: Karolyn Perkowski | First Insurance Funding Corp. 450 Skokie Blvd., Suite 1000 Northbrook, IL 60065-3306 Attn: Karolyn Perkowski 973-731-5215 | Insurance | | $209,205 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Premium Financing Specialists 22432 Network Place Chicago, IL 60673-1224 Attn: Dave Feller | Premium Financing Specialists 22432 Network Place Chicago, IL 60673-1224 Attn: Dave Feller 800-255-6316 | Insurance | | $208,120 |
| Labor Ready Northwest, Inc. 1015 A Street Tacoma, WA 98402 Attn: Christine Jarvie | Labor Ready Northwest, Inc. 1015 A Street Tacoma, WA 98402 Attn: Christine Jarvie 253-680-8530 | Trade Debt | | $196,361 |
| 4 Revay Road LLC 1681 Barnum Avenue Stratford, CT 06614 Attn: John Demattia | 4 Revay Road LLC 1681 Barnum Avenue Stratford, CT 06614 Attn: John Demattia 203-375-8048 | Rent | | $141,145 |
| AT&T Mobility PO Box 9004 Carol Stream, IL 60197-9004 | AT&T Mobility Glenridge Highlands Two 5565 Glenridge Connector Atlanta, GA 30342 Attn: Gerri Berrios | Trade Debt | | $127,205 |
| MCI Telecommunications 22001 Loudoun County Parkway Ashburn, VA 20147 Attn: Bob Weber | MCI Telecommunications 22001 Loudoun County Parkway Ashburn, VA 20147 Attn: Bob Weber 203-225-2813 | Trade Debt | | $125,391 |
| Ohashi & Priver 140 South Lake Avenue, Suite 208 Pasadena, CA 91101 | Ohashi & Priver 140 South Lake Avenue, Suite 208 Pasadena, CA 91101 | Legal Fees | | $123,513 |
| DCT Boggy Creek Florida , LP 9500 Satellite Blvd., Suite 170 Orlando, FL 32837 Attn: Kurt McLaughlin | DCT Boggy Creek Florida , LP 9500 Satellite Blvd., Suite 170 Orlando, FL 32837 Attn: Kurt McLaughlin 407-362-6150 | Rent | | $120,944 |
| Scopelitis, Garvin, Light & Hanson, PC 10 West Market Street, Suite 1500 Indianapolis, IN 46204 Attn: Angela Cash | Scopelitis, Garvin, Light & Hanson, PC 10 West Market Street, Suite 1500 Indianapolis, IN 46204 Attn: Angela Cash 317-637-1777 | Legal Fees | | $117,382 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Vincent A. Wasik,** Executive Vice President and Chief Financial Officer of Velocity Express Corporation, *et al.* named as a debtor in these cases, declare under penalty of perjury that I have read the foregoing *List of Creditors Holding 30 Largest Unsecured Claims (Consolidated)* and that it is true and correct to the best of my information and belief.

Date    September 24, 2009               Signature _____

                                         Vincent A. Wasik
                                         Chief Executive Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Delaware

In re    **Velocity Express Corporation**                      Case No. _____

                                       Debtor

                                         Chapter _____ 11 _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Barbara Dritz Trust<br>c/o Sussex Financial Group<br>Attn: Marvin Heiman<br>155 Pfingsten Road, Suite 370<br>Deerfield, IL 60015 | Series Q | 203 | 0.0% |
| Boszhardt, Andrew<br>660 Madison Avenue, 14th Floor<br>New York, NY 10021 | Series N | 1,236 | .1% |
| Boszhardt, Andrew<br>660 Madison Avenue, 14th Floor<br>New York, NY 10021 | Series O | 911 | .7% |
| Boszhardt, Andrew (Jr.) (IRA account)<br>660 Madison Avenue, 14th Floor<br>New York, NY 10021 | Series N | 1,133 | .1% |
| Boszhardt, Andrew K. Jr.<br>660 MAdison Avenue 14th Floor<br>New York, NY 10021 | Series M | 4,295 | .1% |
| Boszhardt, Andrew, K., Jr.<br>660 Madison Ave<br>14th Floor<br>New York, NY 10021 | Series Q | 683 | 0.0% |
| BPEF 2 Pegasus Limited<br>Alasdair Pein & Guy Shutt<br>33 Riverside Avenue, 5th Floor<br>Westport, CT 06880 | Series M | 860 | 0.0% |
| Chapman, Clifford W., Jr.<br>c/o Broadband Capital<br>712 Fifth Avenue<br>New York, NY 10019 | Series Q | 16,699 | 0.3% |
| Charter Oak Partners<br>Attn: Paula Laponski<br>10 Wright Street, Suite 210<br>Westport, CT 06880 | Series N | 583,559 | 61.4% |

_7_ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Velocity Express Corporation**           Case No. _____

_____

                           Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Charter Oak Partners<br>Attn: Paula Laponski<br>10 Wright Street, Suite 210<br>Westport, CT 06880 | Series Q | 439,954 | 8.4% |
| Charter Oak Partners II<br>Attn: Paula Laponski<br>10 Wright Street, Suite 210<br>Westport, CT 06880 | Series N | 94,998 | 10% |
| Charter Oak Partners II<br>Attn: Paula Laponski<br>10 Wright Street, Suite 210<br>Westport, CT 06880 | Series Q | 72,564 | 1.4% |
| Comvest<br>The Comvest Group<br>City Place Tower<br>525 Okeechobee Blvd., Suite 105<br>West Palm Beach, FL 33401 | Common Stock | 2,083,945 | 31.4% |
| Cordillera Fund LP<br>8201 Preston Road, Suite 400<br>Dallas, TX 75255 | Series M | 366 | 0.0% |
| DiBiaso, Dolph<br>26 Highview Road<br>Darien, CT 06820 | Series M | 89,818 | 2.1% |
| Duffy, Jack<br>20 Brewer Lane<br>Duxbury, MA 02332 | Series M | 89,818 | 2.1% |
| Farrell, Paul D.<br>304 Bayberry Lane<br>Westport, CT 06880 | Series M | 570,000 | 13% |
| Frenkel, Leon<br>Triage Management LP<br>401 East City Avenue<br>Bala Cynwyd, PA 19004 | Series N | 5,943 | .6% |
| Furla, George<br>8530 Wilshire<br>#420<br>Beverly Hills, CA 90211 | Series Q | 802 | 0.0% |
| Jeffries & Companies<br>Jeffries and Company<br>Metro Center<br>1 Station Place<br>Stamford, CT 06902 | Series Q | 300,452 | 5.8% |

Sheet   1   of   7   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **Velocity Express Corporation**          Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Lapp, William S.<br>One Financial Plaza, Suite 2500<br>120 South Sixth Street<br>Minneapolis, MN 55402 | Series M | 107,585 | 2.5% |
| Lapp, William S.<br>One Financial Plaza, Suite 2500<br>120 South Sixth Street<br>Minneapolis, MN 55402 | Series O | 95,904 | 73.6% |
| Lapp, William S.<br>One Financial Plaza, Suite 2500<br>120 South Sixth Street<br>Minneapolis, MN 55402 | Series P | 76,371 | 3.3% |
| Lapp, William S.<br>1 Financial Plaza<br>Suite 2500<br>120 South 6th Street<br>Minneapolis, MN 55402 | Series Q | 31,450 | 0.6% |
| Lee, Thomas H.<br>c/o TH Lee Putnam Ventures<br>Attn: Jim Brown<br>200 Madison Avenue, Suite 1900<br>New York, NY 10016 | Series M | 5,515 | .1% |
| Lee, Thomas H.<br>TH Lee Putnam Ventures<br>Attn: Jim Brown<br>200 Madison Avenue, Suite 1900<br>New York, NY 10016 | Series Q | 18,872 | .4% |
| Linden Capital, L.P.<br>18 Church Street<br>Skandia House<br>Hamilton<br>Bermuda HM11 | Series Q | 693,920 | 13.3% |
| Linden Capital, L.P.<br>18 Church Street<br>Skandia House<br>Hamilton, Bermuda HM11 | Common Stock | 549,923 | 10.8% |
| Longview Equity Fund LP<br>600 Montgomery Street, 44th Floor<br>San Francisco, CA 94111 | Series P | 406,342 | 17.8% |
| Longview Fund, LP<br>600 Montgomery Street, 44th Floor<br>San Francisco, CA 94111 | Series P | 1,529,281 | 67.1% |

Sheet __2__ of __7__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Velocity Express Corporation**          Case No. _____

                              Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Longview International Equity Fund LP<br>600 Montgomery Street, 44th Floor<br>San Francisco, CA 94111 | Series P | 210,291 | 9.2% |
| Luther Capital Management, LLC<br>1315 Ridgewood Avenue<br>Omaha, NE 68124 | Series Q | 1 | 0.0% |
| Malick, James<br>17534 Los Morros Rancho<br>Rancho Santa Fe, CA 92067 | Series Q | 11,962 | 0.2% |
| Marshall & Ilsley Trust Company NA<br>c/o William Lapp<br>One Financial Plaza, Suite 2500<br>120 South 6th Street<br>Minneapolis, MN 55402 | Series P | 57,915 | 2.5% |
| Marshall & Ilsley Trust Co., NA Trustee<br>c/o William Lapp<br>1 Financial Plaza, Suite 2500<br>120 South 6th Street<br>Minneapolis, MN 55402 | Series Q | 26,317 | 0.5% |
| Mirza, Ray A.<br>118 West 72nd Street, Apt. 1203<br>New York, NY 10023 | Series M | 7,172 | .2% |
| Morgan Stanley DW Inc.<br>for Cristaldi, Steve IRA<br>4511 N. Himes Avenue, Suite 210<br>Tampa, FL 33614 | Series M | 7,172 | .2% |
| Neslund, Richard<br>15210 Wayzata Blvd.<br>Wayzata, MN 55391 | Series Q | 119,621 | 2.3% |
| Palm Beach Overseas Investors, Limited<br>Attn: Mark L. Kesselman<br>Eurofinance, Inc.<br>1001 Fifth Avenue, Apt. 2A<br>New York, NY 10028 | Series M | 2,498 | .1% |
| Paluch, Alexander<br>Continnum Care Holdings<br>1175 Post Road East #1<br>Westport, CT 06880 | Series M | 13,132 | .3% |
| Pequot Marnier Master Fund LP<br>Manatuck Hill Partners LLC<br>1465 Post Road<br>Westport, CT 06880 | Series Q | 146,966 | 2.8% |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

_____
Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| Pequot Marnier Master Fund, L.P.<br>Premium Series PCC Limited - Cell 33<br>Attn:  Aryeh Davis, Esq.<br>500 Nyala Farm Road<br>Westport, CT 06880 | Series M | 420,025 | 9.6% |
| Pequot Navigator Offshore Fund Ltd.<br>Manatuck Hill Partners LLC<br>1465 Post Road<br>Westport, CT 06880 | Series Q | 63,116 | 1.2% |
| Pequot Navigator Offshore Fund, Inc.<br>Attn:  Aryeh Davis, Esq.<br>500 Nyala Farm Road<br>Norwalk, CT 06860 | Series M | 309,144 | 7.1% |
| Pequot Scout Fund LP<br>Manatuck Hill Partners, LLC<br>1465 Post Road<br>Westport, CT 06880 | Series Q | 185,346 | 3.6% |
| Pequot Scout Fund, L.P.<br>Attn:  Aryeh Davis, Esq.<br>500 Nyala Farm Road<br>Westport, CT 06880 | Series M | 18,102 | 3.2% |
| Premium Series PCC Limited - Cell 33<br>Attn:  Aryeh Davis, Esq.<br>500 Nyala Farm Road<br>Westport, CT 06880 | Series M | 25,096 | .6% |
| Premium Series PCC Limited - Cell 33<br>Attn:  Aryeh Davis, General Counsel<br>500 Nyala Farm Road<br>Westport, CT 06880 | Series Q | 6,607 | 0.1% |
| Rapoport, Michael<br>c/o Broadband Capital<br>712 Fifth Avenue<br>New York, NY 10019 | Series Q | 27,402 | 0.5% |
| Raskas, Ari<br>c/o Broadband Capital<br>712 Fifth Avenue<br>New York, NY 10019 | Series Q | 10,954 | 0.2% |
| RFJM Partners LLC<br>100 Crescent Court #475<br>Dallas, TX 75201 | Series O | 1,000 | .8% |

Sheet __4__ of __7__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Velocity Express Corporation**                            ,        Case No. _____

                                  Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Scorpion Acquisition LLC<br>245 Fifth Avenue, 25th Floor<br>New York, NY 10016 | Series Q | 23,924 | .5% |
| Scorpion Acquisition, LLC<br>245 Fifth Avenue<br>25th Floor<br>New York, NY 10016 | Series M | 168,641 | 3.9% |
| Scorpion Capital Partners LP<br>245 Fifth Avenue<br>25th Floor<br>New York, NY 10016 | Series Q | 358,862 | 6.9% |
| Scorpion Capital Partners, L.P.<br>245 Fifth Avenue<br>25th Floor<br>New York, NY 10016 | Series M | 1,796,365 | 41.1% |
| Scorpion Capital Partners, LP<br>245 Fifth Avenue<br>25th Floor<br>New York, NY 10016 | Common Stock | 284,164 | 11.8% |
| Seitz family trust<br>600 Fifth Avenue, 25th Floor<br>New York, NY 10020 | Series Q | 239,481 | 4.6% |
| Seitz, Bernard<br>600 Fifth Avenue, 25th Floor<br>New York, NY 10020 | Series Q | 239,481 | 4.6% |
| Smithfield Fiduciary, LLC<br>9 West 57th Street, 27th Floor<br>Attn: Scott Wallace<br>New York, NY 10019 | Series O | 32,415 | 24.9% |
| Terra Nova Capital Partners, Inc.<br>350 Madison Avenue<br>8th Floor<br>New York, NY 10017 | Series Q | 11,812 | 0.2% |
| TH Lee Putnam Parallel Ventures LP<br>Attn: Jim Brown<br>200 Madison Avenue, Suite 1900<br>New York, NY 10016 | Series M | 178,032 | 4.1% |
| TH Lee Putnam Parallel Ventures LP<br>Attn: Jim Brown<br>200 Madison Avenue, Suite 1900<br>New York, NY 10016 | Series Q | 609,229 | 11.7% |

Sheet  **5**  of  **7**  continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **Velocity Express Corporation**             Case No. _____

                                   Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| TH Lee Putnam Parallel Ventures LP<br>Attn: Jim Brown<br>200 Madison Avenue<br>Suite 1900<br>New York, NY 10016 | Common Stock | 278,258 | 16.5% |
| TH Lee Putnam Ventures<br>c/o TH Lee Putnam Ventures<br>Attn: Jim Brown<br>200 Madison Avenue, Suite 1900<br>New York, NY 10016 | Common Stock | 689,331 | 35.8% |
| TH Lee Putnam Ventures LP<br>Attn: Jim Brown<br>200 Madison Avenue, Suite 1900<br>New York, NY 10016 | Series M | 14,252 | .3% |
| TH Lee Putnam Ventures LP<br>Attn: Jim Brown<br>200 Madison Avenue, Suite 1900<br>New York, NY 10016 | Series Q | 832,825 | 16.0% |
| TH Lee Putnam Ventures LP<br>Attn: Jim Brown<br>200 Madison Avenue<br>Suite 1900<br>New York, NY 10016 | Common Stock | 379,314 | 21.8% |
| Third Point Offshore Fund Ltd.<br>390 Park Avenue, 18th Floor<br>New York, NY 10022 | Series Q | 425,651 | 8.2% |
| Third Point Partners LP<br>390 Park Avenue, 18th Floor<br>New York, NY 10022 | Series Q | 74,116 | 1.4% |
| Third Point Partners Qualified<br>390 Park Avenue, 18th Floor<br>New York, NY 10022 | Series P | 48,655 | .9% |
| Third Point Ultra Ltd.<br>390 Park Avenue, 18th Floor<br>New York, NY 10022 | Series Q | 49,682 | 1.0% |
| THLi Co Investment Partners LLC<br>c/o TH Lee Putnam Ventures<br>Attn: Jim Brown<br>200 Madison Avenue, Suite 1900<br>New York, NY 10016 | Common Stock | 22,902 | 1.5% |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Velocity Express Corporation**                                              Case No. _____
_____
                                   Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **THLi Coinvestment Partners LLC**<br>Attn: Jim Brown<br>200 Madison Avenue, Suite 1900<br>New York, NY 10016 | Series Q | 48,768 | .9% |
| Vincal Holdings, Ltd.<br>29 BD Georges<br>Favon, 1204 Geneva | Series Q | 11,962 | 0.2% |
| Wagenheim, Philip<br>c/o Broadband Capital<br>712 Fifth Avenue<br>New York, NY 10019 | Series Q | 11,742 | 0.2% |
| Wasik, Vince<br>One Morningside Drive North<br>Suite 200<br>Westport, CT 06880 | Series M | 179,636 | 4.1% |
| Ziskin, Deborah<br>c/o Charter Oak Partners<br>10 Wright Street<br>Suite 210<br>Westport, CT 06880 | Series Q | 59,810 | 1.1% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I
have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and
belief.

Date____ **September 24, 2009** _____          Signature _____

                                                        Vincent A. Wasik
                                                        Chief Executive Officer

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                          18 U.S.C §§ 152 and 3571.

Copyright (c) 1996-2000 - Best Case Solutions - Evanston IL - (800) 492-8037                                    Best Case Bankruptcy

# United States Bankruptcy Court
## District of Delaware

In re   <u>Velocity Express Corporation</u>

Debtor(s)

Case No. _____

Chapter   <u>11</u>   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   <u>Velocity Express Corporation</u>   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Charter Oak Partners**
Attn: Paula Laponski
10 Wright Street, Suite 210
Westport, CT 06880

**Charter Oak Partners II**
Attn: Paula Laponski
10 Wright Street, Suite 210
Westport, CT 06880

**Comvest**
The Comvest Group
City Place Tower
525 Okeechobee Blvd., Suite 105
West Palm Beach, FL 33401

**Longview Equity Fund LP**
600 Montgomery Street, 44th Floor
San Francisco, CA 94111

**Longview Fund, LP**
600 Montgomery Street, 44th Floor
San Francisco, CA 94111

**Scorpion Capital Partners, L.P.**
245 Fifth Avenue
25th Floor
New York, NY 10016

**TH Lee Putnam Parallel Ventures LP**
Attn: Jim Brown
200 Madison Avenue, Suite 1900
New York, NY 10016

**TH Lee Putnam Ventures LP**
Attn: Jim Brown
200 Madison Avenue, Suite 1900
New York, NY 10016

☐ None [*Check if applicable*]

<u>September 24, 2009</u>

_9/29/ 09_
_____

Date

_Russell C. Silberglied_

Russell C. Silberglied (3462)
Signature of Attorney or Litigant
Counsel for    **Velocity Express Corporation**
**Richards, Layton & Finger, P.A.**
**One Rodney Square**
**920 North King Street**
**Wilmington, DE 19801**
**302-651-7545 Fax:302-498-7545**