# **EXHIBIT C**

23478/1
09/24/2009 12609088.3
RLF1-3438729-1

| | 9/18 Total | 9/25 Total | 10/2 Total | 10/9 Total | 10/16 Total | 10/23 Total | 10/30 Total | 11/6 Total | 11/13 Total | 11/20 Total | 11/27 Total | 12/4 Total | 12/11 Total | 12/18 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Beginning Balance | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Receipts | | | | | | | | | | | | | | |
| - Receipts | (4,000,023) | (3,933,269) | (4,995,902) | (3,310,810) | (3,961,632) | (3,461,632) | (3,508,822) | (3,508,822) | (3,508,822) | (3,508,822) | (3,554,864) | (3,654,864) | (3,654,864) | (3,654,864) |
| - Other Receipts | | | | | | | | | | | | | | |
| Revolver Repayment / (Draw) | (394,034) | (1,091,562) | 1,710,020 | (1,732,736) | (223,132) | (880,697) | 181,485 | (1,115,722) | (71,189) | (372,465) | 65,481 | (1,019,671) | 354,032 | 198,599 |
| Cash Requirements: | | | | | | | | | | | | | | |
| Landlords | 280,000 | 11,000 | 25,000 | 920,000 | | | | 920,000 | | | | 920,000 | | |
| Utilities / Telco | 90,000 | 25,000 | 25,000 | 130,000 | 130,000 | 130,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 |
| Delivery Costs | 105,000 | 54,000 | 25,000 | 195,000 | 195,000 | 95,000 | 95,000 | 95,000 | 95,000 | 95,000 | 95,000 | 95,000 | 95,000 | 95,000 |
| Scanners | 78,500 | 78,500 | 260,000 | 55,000 | 55,000 | 205,000 | 55,000 | 110,000 | 55,000 | 55,000 | 55,000 | 110,000 | 55,000 | 55,000 |
| Operating Expenses | 85,000 | 11,000 | | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 |
| Professional Services (Normal Course) | 140,000 | | | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| Other | 10,000 | 57,500 | 30,000 | 60,000 | 60,000 | 60,000 | 60,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Insurance | 409,269 | 449,767 | | | 163,498 | 367,985 | | | 81,782 | 163,498 | 200,000 | | | |
| Total Payables | 1,197,769 | 686,767 | 365,000 | 1,455,000 | 698,498 | 952,985 | 385,000 | 1,310,000 | 416,782 | 498,498 | 535,000 | 1,310,000 | 335,000 | 335,000 |
| Ind. Contractor Settlement Payments | 2,459,251 | 2,459,883 | 1,849,504 | 2,311,880 | 2,311,880 | 2,100,327 | 2,100,327 | 2,100,327 | 2,100,327 | 2,115,844 | 2,115,844 | 2,115,844 | 2,115,844 | 1,470,890 |
| Payroll | 223,297 | 1,032,717 | 223,297 | 1,041,797 | 258,297 | 1,067,717 | 258,297 | 1,041,797 | 258,297 | 1,067,717 | 258,297 | 1,057,717 | 258,297 | 1,067,717 |
| Payroll Related | 130,000 | 184,000 | 110,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 |
| Medical Insurance | 32,715 | 32,715 | 32,715 | 32,715 | 32,715 | 32,715 | 32,715 | 32,715 | 32,715 | 32,715 | 32,715 | 32,715 | 32,715 | 32,715 |
| 401k | 33,515 | | 33,515 | 33,515 | 33,515 | | 33,515 | | 33,515 | 33,515 | 33,515 | 33,515 | 33,515 | 33,515 |
| + Payroll clearings | 419,527 | 1,249,432 | 399,527 | 1,154,512 | 404,527 | 1,180,432 | 404,527 | 1,154,512 | 404,527 | 1,180,432 | 404,527 | 1,180,432 | 404,527 | 1,180,432 |
| + Payroll taxes | 383,254 | 22,704 | 395,000 | 22,704 | 405,000 | 22,704 | 395,000 | 22,704 | 405,000 | 22,704 | 395,000 | 22,704 | 405,000 | 405,001 |
| Employee Payroll and Related | 802,781 | 1,272,136 | 794,527 | 1,177,216 | 809,527 | 1,203,136 | 799,527 | 1,177,216 | 809,527 | 1,203,136 | 799,527 | 1,203,136 | 809,527 | 1,585,433 |
| Interest and Bank Fees | 21,660 | | 85,000 | | 25,000 | | 6,000 | | | 25,000 | | 6,000 | | 25,000 |
| Other clearings | (87,404) | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 |
| Total Operational Cash Requirements: | 4,394,057 | 4,445,786 | 3,111,031 | 4,961,097 | 3,861,905 | 4,273,448 | 3,307,854 | 4,604,544 | 3,343,636 | 3,859,478 | 3,467,371 | 4,651,980 | 3,277,371 | 3,433,323 |
| Restructuring Costs: | | | | | | | | | | | | | | |
| Interest and Bank Fees | | 7,045 | 16,517 | 15,783 | 17,859 | 18,881 | 19,483 | 20,000 | 21,375 | 21,810 | 22,013 | 22,556 | 23,462 | 22,943 |
| Restructuring Charges (incl. UST fees) | | 372,000 | | | 305,000 | 50,000 | | | 215,000 | | | | | |
| DIP Legal Fees | | 125,000 | 83,333 | 41,667 | | | | | | | | | | |
| DIP Closing Fee | | 75,000 | 75,000 | 25,000 | | | | | | | | | | |
| Total Restructuring Cost | | 579,045 | 174,850 | 82,450 | 322,859 | 68,881 | 19,483 | 20,000 | 236,375 | 21,810 | 22,013 | 22,556 | 23,462 | 22,943 |
| Cash Flow | (0) | | | | | (0) | (0) | 0 | (0) | (0) | (0) | (0) | (0) | (0) |
| Cash Ending Balance | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |

| Interest | 10.0% |
|---|---|
| DIP Legal Fees | 250,000 |
| DIP Closing Fee | 175,000 |
| Burdale Line | 14,000,000 |

| Sales | | 9/18 | 9/25 | 10/2 | 10/9 | 10/16 | 10/23 | 10/30 | 11/6 | 11/13 | 11/20 | 11/27 | 12/4 | 12/11 | 12/18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Weekly Billing | | 4,112,495 | 4,250,000 | 4,201,527 | 3,901,714 | 3,551,425 | 3,433,822 | 3,433,822 | 3,449,170 | 3,464,517 | 3,479,854 | 2,435,995 | 3,477,498 | 3,475,132 | 3,472,765 |
| Loan Balance | | 10,392,275 | 8,483,837 | 6,773,817 | 8,506,553 | 8,729,686 | 9,610,382 | 9,428,897 | 10,544,619 | 10,615,808 | 10,988,274 | 10,922,792 | 11,942,463 | 11,588,432 | 11,389,833 |
| Cash at Bank of Ireland | 12,158,996 | 3,000,000 | | | | | | | | | | | | | |
| Scanner LC | | | | | | | | | | | | | | | |
| Gross Availability | | 13,814,342 | 13,673,286 | 12,005,519 | 12,705,079 | 12,256,449 | 12,232,801 | 12,208,188 | 12,778,574 | 12,753,960 | 12,729,346 | 11,774,006 | 11,619,222 | 12,059,438 | 12,836,644 |
| Availability Block | | 2,600,000 | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | | | |
| Burdale Availability After Block | | 11,214,342 | 13,073,286 | 11,405,519 | 12,105,079 | 11,656,449 | 11,632,801 | 11,608,188 | 12,178,574 | 12,153,960 | 12,129,346 | 11,174,006 | 11,619,222 | 12,059,438 | 12,836,644 |
| Overadvance Guaranty and Block reduction | | | | | | | | | | | | | | 2,000,000 | 2,000,000 |
| Excess Availability | | 822,068 | 4,589,449 | 4,631,702 | 3,598,526 | 2,926,754 | 2,022,419 | 2,179,290 | 1,633,955 | 1,538,151 | 1,141,072 | 251,214 | 1,676,759 | 2,471,006 | 3,446,811 |
| Min | 196,153 | | | | | | | | | | | | | | |

Velocity 363 Filing
Professional Fees

| | Week 0 | Week 1 Pre File | Week 1 Post File | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Total Pre | Total Post | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lowenstein | | | 100 | | | 200 | | | | 150 | | | - | 450 | 450 |
| Debtor Financial Advisors | | 100 | | | | | | | | | | | 100 | - | 100 |
| Rebman, Linhares | | 25 | | | | | | | | | | | 25 | | 25 |
| Delaware Counsel (RLF) | | 107 | | | | 25 | | | | 25 | | | 107 | 50 | 157 |
| DLA Piper | | | 25 | | | | | | | | | | | 25 | 25 |
| Akerman | | | | | | | | | | | | | - | - | - |
| Claims Agent | | | 15 | | | 70 | | | | 40 | | | - | 125 | 125 |
| Communication Consultant | 60 | | | | | | | | | | | | 60 | - | 60 |
| UCC - Lawyers / Financial Adv. | | | | | | | 50 | | | | | | - | 50 | 50 |
| US Trustee | | | | | | 10 | | | | | | 25 | - | 35 | 35 |
| Other | | | | | | | | | | | | | - | - | - |
| | 60 | 232 | 140 | - | - | 305 | 50 | - | - | 215 | - | 25 | 292 | 735 | 1,027 |
| Burdale | | | | | | | | | | | | | | | |
| Closing | | | 75 | 75 | 25 | | | | | | | | - | 175 | 175 |
| Legal | | | 125 | 83 | 42 | | | | | | | | - | 250 | 250 |
| | - | - | 200 | 158 | 67 | - | - | - | - | - | - | - | - | 425 | 425 |
| Total | - | 232 | | | | | | | | | | | 292 | 1,160 | 1,452 |