# ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Velocity Express Corporation, <br><br>         Debtor. | Chapter 11 <br><br> Case No. 09-13294 (MFW) <br><br> **Re: Docket No. 2** |
| In re: <br><br> Velocity Express, Inc., <br><br>         Debtor. | Chapter 11 <br><br> Case No. 09-13295 (MFW) <br><br> **Re: Docket No. 3** |
| In re: <br><br> VXP Mid-West, Inc., <br><br>         Debtor. | Chapter 11 <br><br> Case No. 09-13296 (MFW) <br><br> **Re: Docket No. 3** |
| In re: <br><br> VXP Leasing Mid-West, Inc., <br><br>         Debtor. | Chapter 11 <br><br> Case No. 09-13299 (MFW) <br><br> **Re: Docket No. 3** |
| In re: <br><br> U-Ship International, Ltd., <br><br>         Debtor. | Chapter 11 <br><br> Case No. 09-13302 (MFW) <br><br> **Re: Docket No. 3** |
| In re: <br><br> Velocity Express Leasing, Inc., <br><br>         Debtor. | Chapter 11 <br><br> Case No. 09-13305 (MFW) <br><br> **Re: Docket No. 3** |

| | |
|---|---|
| In re:<br><br>Velocity Systems Franchising Corporation,<br><br>        Debtor. | Chapter 11<br><br>Case No. 09-13298 (MFW)<br><br>**Re: Docket No. 2** |
| In re:<br><br>CD&L, Inc.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 09-13300 (MFW)<br><br>**Re: Docket No. 2** |
| In re:<br><br>Click Messenger Service, Inc.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 09-13304 (MFW)<br><br>**Re: Docket No. 2** |
| In re:<br><br>Securities Courier Corporation,<br><br>        Debtor. | Chapter 11<br><br>Case No. 09-13307 (MFW)<br><br>**Re: Docket No. 3** |
| In re:<br><br>Olympic Courier Systems, Inc.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 09-13309 (MFW)<br><br>**Re: Docket No. 3** |
| In re:<br><br>Silver Star Express, Inc.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 09-13311 (MFW)<br><br>**Re: Docket No. 3** |

| In re: | Chapter 11 |
|---|---|
| Clayton/National Courier Systems, Inc., | Case No. 09-13312 (MFW) |
| Debtor. | Re: Docket No. 3 |

# ORDER APPROVING JOINT ADMINISTRATION OF CASES PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND GRANTING RELATED RELIEF

Upon consideration of the Application[1] of Velocity Express Corporation (collectively, the "Debtors"), for entry of an Order pursuant to section 105(a) of the Bankruptcy Code, Rule 1015(b) of the Bankruptcy Rules and Local Rule 1015-1, administratively consolidating their respective chapter 11 cases for procedural purposes only and providing for joint administration; and upon consideration of the Declaration of Vincent A. Wasik in Support of Chapter 11 Petitions and Various First Day Applications and Motions; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that granting the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; and notice of the Motion being sufficient under the circumstances and in light of Local Rule 1015-1; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that the above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court; and it is further

**ORDERED**, that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases; and it is further

**ORDERED**, that the caption of the jointly administered cases shall read as follows:

---

[1] Capitalized terms shall have the meanings ascribed to them in the Motion unless otherwise defined herein.

RLF1-3438490-2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Velocity Express Corporation, *et al.*, | Case No. 09-13294 (MFW) |
| Debtors.[1] | (Jointly Administered) |

**ORDERED**, that a docket entry shall be made in each of the above-captioned cases substantially as follows:

> "An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Velocity Express Corporation and certain of its affiliates, and the docket in Case No. 09-13294 should be consulted for all matters affecting this case."

and it is further

**ORDERED**, that the Debtors are hereby authorized and empowered to take such steps and to perform such acts as may be necessary to implement and effectuate the terms of this Order; and it is further

**ORDERED**, that nothing contained in this Order authorizes the Debtors to file consolidated monthly operating reports.

Dated: Wilmington, Delaware
       September 25, 2009

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

---

[1] The following subsidiaries and affiliates (including the last four digits of their respective taxpayer identification numbers) have filed petitions for relief under chapter 11 concurrently with Velocity Express Corporation (5929): CD&L, Inc. (0958); Clayton/National Courier Systems, Inc. (6454); Click Messenger Service, Inc. (6117); Olympic Courier Systems, Inc. (3847); Securities Courier Corporation (0185); Silver Star Express, Inc. (8303); U-Ship International, Ltd. (3181); Velocity Express Leasing, Inc. (6733); Velocity Express, Inc. (4426); Velocity Systems Franchising Corporation (9687); VXP Leasing Mid-West, Inc. (0846); and VXP Mid-West, Inc. (0845). The Debtors' principal address is One Morningside Drive North, Building B, Westport, CT 06880.