UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 09-13294 (MFW) |
| Velocity Express Corporation, *et al.*, | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases:

1. **City Express Courier Service**, Attn: Michael Davidson, 6931 Arlington Road #T200, Bethesda, MD 20814, Phone: (240) 333-7333, Fax: (240) 333-7334

2. **Morton West LLC**, Attn: Althie Toro, 104 Fifth Avenue, New York, NY 10007, Phone: (646) 237-5577;

3. **American Expediting Co.**, Attn: Victor Finnegan, 2215 Arch Street, Philadelphia, PA 19103, Phone: (215) 751-1199; Fax: (215) 751-0503

        ROBERTA A. DeANGELIS
        Acting United States Trustee, Region 3


        /s/ Joseph J. McMahon, Jr. for
        WILLIAM K. HARRINGTON
        ASSISTANT UNITED STATES TRUSTEE

DATED: October 6, 2009

Attorney assigned to these cases: Joseph J. McMahon, Jr., Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' co-counsel: Russell C. Silberglied, Esquire, Phone: (302) 651-7700, Fax: (302) 651-7701