IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X
                                                                 :
In re:                                                           :   Chapter 11
                                                                 :
Velocity Express Corporation, *et al.*,                          :   Case No. 09-13294 (MFW)
                                                                 :   Jointly Administered
                          Debtors.                               :
                                                                 :
---------------------------------------------------------------- X

## NOTICE OF DEPOSITION OF VINCENT A. WASIK

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to this contested matter by Rule 7030 and 9014(c) of the Federal Rules of Bankruptcy Procedure, TH Lee Putnam Ventures L.P., TH Lee Putnam Parallel Ventures L.P., TH Lee Putnam Fund Advisors, L.P. and TH Lee Putnam Ventures (collectively the "TH Lee Putnam Venture Entities"), by and through its undersigned counsel, will take the deposition upon examination of Vincent A. Wasik commencing on October 23, 2009 at 9:00 a.m., at the office of Potter Anderson & Corroon LLP, 1313 N. Market Street, 7th Floor, Wilmington, Delaware 19899, before a Notary Public, or some other officer duly authorized to administer oaths and take depositions, and recorded by sound and/or stenographic means and to be used and considered for the purposes of discovery, as evidence in this contested matter, or for whatever purpose deemed necessary and proper and in accordance with the Federal Rules of Bankruptcy Procedure. If for any reason the taking of said depositions not be commenced or if commenced, be not concluded on that day, the taking thereof will be adjourned from time to time until the same shall have been completed.

Dated: October 19, 2009
Wilmington, Delaware

POTTER ANDERSON & CORROON LLP

/s/ M.Y.
_____
Steven M. Yoder (No. 3885)
Etta R. Wolfe (No. 4164)
Hercules Plaza, Sixth Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: syoder@potteranderson.com
       ewolfe@potteranderson.com

-and-

James L. Messenger, Esq.
LECLAIRRYAN
One International Place, Eleventh Floor
Boston, Massachusetts 02110
Telephone: (617) 502-8231
Facsimile: (617) 502-8241
Email: james.messenger@leclairryan.com

Michael E. Hastings, Esq.
LECLAIRRYAN
830 Third Avenue, Fifth Floor
New York, New York 10022
Telephone: (212) 446-5075
Facsimile: (212) 430-8079
Email: michael.hastings@leclairryan.com

*Attorneys for TH Lee Putnam Ventures L.P.,*
*TH Lee Putnam Parallel Ventures L.P.,*
*TH Lee Putnam Fund Advisors, L.P.,*
*and TH Lee Putnam Ventures*

2