## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
: 
In re: : Chapter 11
:
Velocity Express Corporation, et al., : Case No. 09-13294 (MFW)
:
       Debtors. : Jointly Administered
:
------------------------------------------------------------ X

### NOTICE OF DEPOSITION OF VINCENT A. WASIK

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to this contested matter by Rule 7030 and 9014(c) of the Federal Rules of Bankruptcy Procedure, the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned bankruptcy cases of Velocity Express Corporation and its affiliated debtors (the "Debtors"), by and through its undersigned counsel, will take the deposition upon examination of Vincent A. Wasik commencing on October 23, 2009 at 9:00 a.m., at the office of Potter Anderson & Corroon LLP, 1313 N. Market Street, 7th Floor, Wilmington, Delaware 19899, or on such other date and at such other location as may be agreed upon by counsel, before a Notary Public, or some other officer duly authorized to administer oaths and take depositions, and recorded by sound and/or stenographic means and to be used and considered for the purposes of discovery, as evidence in this contested matter, or for whatever purpose deemed necessary and proper and in accordance with the Federal Rules of Bankruptcy Procedure. If for any reason the taking of said depositions not be commenced or if commenced, be not concluded on that day, the taking thereof will be adjourned from time to time until the same shall have been completed.

Dated: October 20, 2009
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*[signature]*

M. Blake Cleary (No. 3614)
Joseph M. Barry (No. 4221)
Christian Douglas Wright (No. 3554)
Maris J. Finnegan (No. 5294)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Proposed Counsel for Official Committee of Unsecured Creditors*